**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**COLBY BLAKE FITTS,**

**Petitioner,**

**v.** **Case No. 5:26-cv-182-TKW-MAF**

**TOMMY FORD, et al.,**

**Respondents.**
_________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 31), Petitioner's "response" to the R&R (Doc. 33), and Petitioner's other post-R&R filings (Docs. 32, 34, 34-1 through 34-4). The Court will treat Petitioner's filings as his objections to the R&R under Fed. R. Civ. P. 72(b)(2).

Upon de novo review of the issues raised in the objections, the Court agrees with the magistrate judge's determination that Petitioner's third amended habeas petition under 28 U.S.C. §2241 should be dismissed under *Younger v. Harris*, 401 U.S. 37 (1971), because state criminal proceedings against Petitioner remain pending. The Court did not overlook Petitioner's arguments as to why *Younger* does not apply, but those arguments are meritless.

Accordingly, it is ORDERED that:

1. The R&R is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice under *Younger v. Harris*, 401 U.S. 37 (1971).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 23rd day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**